**AFFIDAVIT IN SUPPORT OF COMPLAINT**

**Andres CAMPA-HERNANDEZ, DOB: 1/28/1973**

**aka: Andres Garcia-Hernandez**

I, Mark Leeper, being duly sworn, depose and state:

1. I am a Senior Special Agent for the United States Immigration and Customs Enforcement ("ICE"), previously known as the Immigration and Naturalization Service ("INS"). I have been employed by the INS and ICE since 1996 and I am currently assigned to the ICE Special Agent in Charge, Washington, D.C. Office, (SAC/DC) in Fairfax, Virginia.

2. My duties as a Special Agent with ICE include, but are not limited to investigating the illicit manufacture of immigration documents and other related violations of the Immigration and Nationality Act and to seek, where applicable, prosecution and deportation of those violators. These duties also include investigating cases involving persons who have illegally reentered the United States after prior deportation or removal.

3. The information contained in this affidavit is based on my personal knowledge, observations, and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents and other physical evidence to support my request for a criminal complaint and warrant for arrest.

1

4. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by me or known by the government.

5. This affidavit is submitted in support of a criminal complaint and warrant for arrest charging Andres CAMPA-HERNANDEZ, with unlawful reentry after deportation, in violation of Title 8, United States Code, Section 1326.

6. CAMPA-HERNANDEZ is a native and citizen of Mexico.

7. On March 19,1999, CAMPA-HERNANDEZ was arrested in Boston, Massachusetts, for possessing fraudulent documents. On or about January 7, 2000, CAMPA-HERNANDEZ was sentenced to 24 months after being convicted of Fraud and Misuse of Documents, in violation of 18 USC 1546(a); Production of a False Identification Document, in violation of 18 USC 1028 (a)(1); Possession of False Document-Making Instrument, in violation of 18 USC 1028 (a)(5); and Possession of Counterfeit Identification Documents with Intent to Sell, in violation of 42 USC 405(a)(7)(c). On December 12, 2000, CAMPA-Hernandez' conviction was affirmed by the United States Court of Appeals for the First Circuit.

8. On January 5, 2001, an Immigration Supervisory Detention Officer in Houston, Texas, ordered CAMPA-HERNANDEZ removed from the United States. On January 31, 2001, CAMPA-HERNANDEZ was deported from the United States to Mexico at Hidalgo, Texas.

9. On or about August 5, 2006, during the course of a traffic stop, CAMPA-HERNANDEZ was encountered by law enforcement in the 5600 block of New Hampshire Avenue, N.E., in Washington, D.C. At the time of this encounter CAMPA-HERNANDEZ identified himself as Andres Garcia-Hernandez. It was determined that CAMPA-HERNANDEZ was an illegal alien from Mexico, and he was taken into custody by the U.S. Immigration and Customs Enforcement (ICE). CAMPA-HERNANDEZ admitted to ICE agents that he was not a U.S. citizen, and had previously been arrested by immigration and returned to Mexico.

10. I have reviewed the documents contained in CAMPA-HERNANDEZ' file maintained by ICE and there is no documentation to suggest that he ever applied for permission to reenter the country following his removal in 2001. I know from my experience with ICE that if such an application had been made it would be reflected in the ICE file I reviewed.

11. Based on the foregoing, I respectfully submit that there is probable cause to believe that CAMPA-HERNANDEZ is an alien in the United States who has previously been deported or removed from the United States, and has been found in the United States without first having obtained the express consent of the Attorney General of the United States to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

```
                                   _____
                                   Mark Leeper
                                   Senior Special Agent, ICE
```

Subscribed and sworn to before me this _____ day of August, 2006

_____

United States Magistrate Judge