AO442(Rev. 12/...) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

**ANDRES CAMPA-HERNANDEZ**
aka Andres Garcia-Hernandez

FILED
AUG 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 06-373-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  ANDRES CAMPA-HERNANDEZ
                                      Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

reenter, and was found in, the United States after having been previously deported from the United States, without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States.

in violation of Title  8  United States Code, Section(s) § 1326(a).

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer: ALAN KAY, U.S. MAGISTRATE JUDGE

Date and Location: AUG 16 2006

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/16/06 | Stephenie R. Owens, Deputy U.S. Marshal | Stephenie R. Owens |
| DATE OF ARREST | | |
| 8/24/06 | | |